**T. L. CAMP, Plaintiff in Error, v. DALLAS NATIONAL BANK OF DALLAS et al., Defendants in Error.**

Motion Nos. 9593, 9604; No. 1430—5635.

Commission of Appeals of Texas, Section A.
June 10, 1931.

For original opinion, see 21 S.W.(2d) 104, which was affirmed in part and reversed in part in 36 S.W.(2d) 994.

CRITZ, J.

This case is before us on motions for rehearing filed herein by T. L. Camp and by Foster and Davisson.

We have read and carefully considered both of said motions and still adhere to the views expressed in our original opinion as to all questions of law involved in this case.

However, in the motion of Foster and Davisson, they call our attention to the fact that judgment was awarded in this court in their favor over against Camp for any amount that they (Foster and Davisson) may have to pay to the Dallas National Bank. Foster and Davisson also call our attention to the fact that they did not ask for any judgment over against T. L. Camp and disclaim any wish therefor.

We therefore recommend that both motions above mentioned be overruled, except that so much of the original judgment entered by the Supreme Court as awards Foster and Davisson a judgment over against T. L. Camp for any sums of money that they may be compelled to pay to the bank be set aside.

CURETON, C. J.

Previous judgment modified, as recommended by the Commission of Appeals.

**Mrs. Kate ROGERS et al. v. John W. HOUSE et al.**

No. 1261—5654.

Commission of Appeals of Texas, Section B.
June 10, 1931.

M. G. Cox, of Cameron, and Jos. W. Hale, of Waco, for plaintiffs in error.

Wilcox & Graves, of Georgetown, Henderson, Kidd & Henderson, of Cameron, and E. A. Camp, of Rockdale, for defendants in error.

LEDDY, J.

Both parties challenge the correctness of the disposition made of this case by the Court of Civil Appeals. 23 S.W.(2d) 414.

After a careful consideration of the questions submitted we have reached the conclusion that the case has been properly decided.

The original opinion and that rendered on rehearing by the Court of Civil Appeals contain a full and elaborate treatment of all the material questions now urged before us. Inasmuch as we find ourselves in full accord with the conclusions so ably expressed by that court and approve the reasoning supporting same, it is unnecessary that we engage in any discussion of the issues presented.

We therefore recommend that the judgment of the Court of Civil Appeals be affirmed.

CURETON, C. J.

Judgment of the Court of Civil Appeals is affirmed, as recommended by the Commission of Appeals.